IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID N. HALL,                                         CV. 05-1718-MA

         Petitioner,                              ORDER

     v.

STATE OF OREGON, et al.,

         Respondents.

MARSH, Judge

     Petitioner's motion for voluntary dismissal (#15) is GRANTED. This proceeding is DISMISSED, without prejudice.

     IT IS SO ORDERED.

     DATED this _1__ day of August, 2006.

                                             _/s/  Malcolm F. Marsh ____
                                             Malcolm F. Marsh
                                             United States District Judge